UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )
           Plaintiff,        )    Case No.  1:08-cr-00232-LJO
                             )
   vs.                       )    ORDER OF DETENTION FOLLOWING
                             )    REVOCATION OF PREVIOUSLY SET
EDWARD HATCHER,              )    CONDITIONS OF RELEASE
                             )
           Defendant.        )
_____)
```

A.  <u>Order for Revocation and Detention</u>

   After conducting a hearing pursuant to 18 U.S.C. § 3148(b) on the government's motion for revocation of the previous order for release, the Court orders the previous conditions of pretrial release revoked and this defendant detained.

B.  <u>Statement of Reasons for the Revocation and Detention</u>

   The Court orders the revocation of pretrial release conditions and the defendant's detention because it finds:

   _____  (1)  There is probable cause to believe this defendant has committed a Federal, State, or local crime while on release.

   **or**

   __X__  (2)  There is clear and convincing evidence that this defendant has violated a condition or conditions of release.

   **and**

   _____  (3)  That based on the factors set forth in § 3142(g), there is no condition or combination of conditions of release that will assure that this defendant will not flee or pose a danger to the safety of any other person or the community; or,

   __X__  (4)  That this defendant is unlikely to abide by any condition or combination of conditions of release.

   _____  (5)  That this defendant has not rebutted the rebuttable presumption contained in 18 U.S.C. § 3148(b) that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community based upon the existence of probable cause to believe that, while on release, the defendant committed a Federal, State, or local felony.

IT IS SO ORDERED.

Dated:   **June 1, 2009**               **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE